# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TUCKER, PETRESE B. | PA-EASTERN DISTRICT | 10/17/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

ROOM 16613 US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1751

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTOR | ▨ ESTATE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM-RETIREMENT PLAN | $27,099.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | ADMINISTRATIVE OFFICE OF PA COURTS-COMMON PLEAS COURT JUDGE SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LAND-HALIFAX COUNTY, VA | | None | L | W | | | | | |
| 2. ROYAL BANK ACCOUNT | A | Interest | J | T | | | | | |
| 3. PHILA FEDERAL CREDIT (Y) UNION ACCOUNT | | | | | | | | | |
| 4. MERRILL LYNCH CASH ACCOUNT | A | Interest | J | T | | | | | |
| 5. BANK OF AMERICA CASH ACCOUNT | A | Interest | J | T | | | | | |
| 6. BIF MONEY FUND | A | Dividend | K | T | | | | | |
| 7. 3M CO | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 8. | | | | | Sold (part) | 11/28/17 | J | B | |
| 9. ABBOTT LABS | A | Dividend | J | T | Sold (part) | 10/11/17 | J | B | |
| 10. ABBVIE | B | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 11. | | | | | Sold (part) | 09/27/17 | J | A | |
| 12. ACCENTURE | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 13. ACE LIMITED (Y) | | | | | | | | | |
| 14. ACTELION LTD (Y) | | | | | | | | | |
| 15. ALAMO | A | Dividend | J | T | Buy | 03/15/17 | J | | |
| 16. AUTOMATIC DATA PROCESSING | A | Dividend | J | T | Sold (part) | 09/28/17 | J | A | |
| 17. ALLIANZ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALLERGAN | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 19. ALTRIA GROUP | A | Dividend | K | T | Buy (add'l) | 01/11/17 | J | | |
| 20. | | | | | Sold (part) | 08/24/17 | J | A | |
| 21. AMERICAN EXPRESS | A | Dividend | | | Sold | 05/03/17 | J | A | |
| 22. AMEREN | A | Dividend | J | T | Sold (part) | 12/04/17 | J | A | |
| 23. AMGEN | A | Dividend | J | T | Buy (add'l) | 07/13/17 | J | | |
| 24. AMERISAFE | A | Dividend | J | T | | | | | |
| 25. AMTR FINANCIAL SRVS | A | Dividend | | | Sold | 04/12/17 | J | | |
| 26. AMN HEALTHCARE SVCS (X) | | None | J | T | Buy (add'l) | 01/25/17 | J | | |
| 27. AMN ELEC POWER | A | Dividend | J | T | Buy | 06/21/17 | J | | |
| 28. AON | A | Dividend | J | T | | | | | |
| 29. APPLE | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 30. APTIV (X) | A | Dividend | J | T | | | | | |
| 31. ASTRONICS | | None | | | Sold | 05/17/17 | J | | |
| 32. ARCHER DANIELS | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 33. ARTISAN PARTNERS | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 34. ASTRAZENECA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AXA | A | Dividend | J | T | | | | | |
| 36. AIR PRODUCTS | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 37. AT&T | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 38. B B & T | A | Dividend | J | T | | | | | |
| 39. BAE SYS | A | Dividend | J | T | | | | | |
| 40. BALSHEM CORP | A | Dividend | J | T | | | | | |
| 41. BANK OF THE OZARKS | A | Dividend | J | T | | | | | |
| 42. BASF | A | Dividend | J | T | | | | | |
| 43. BCE | A | Dividend | J | T | | | | | |
| 44. BECTON DICKINSON | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 45. BLACKROCK | A | Dividend | K | T | Buy (add'l) | 01/06/17 | J | | |
| 46. | | | | | Sold (part) | 08/24/17 | J | A | |
| 47. BLOCK H & R | | None | | | Sold | 02/27/17 | J | | |
| 48. BRITISH AMN TOBACO | A | Dividend | J | T | Sold (part) | 08/23/17 | J | | |
| 49. BERKSHIRE HATHAWAY | A | Dividend | J | T | | | | | |
| 50. CA INC | A | Dividend | J | T | | | | | |
| 51. CANADIAN NATL RAILWAY (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CAMPING WORLD HLDGS | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 53. | | | | | Sold (part) | 08/24/17 | J | | |
| 54. CARLSBERG (Y) | | | | | | | | | |
| 55. CARNIVAL | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 56. CHEVRON | A | Dividend | J | T | | | | | |
| 57. CHUBB | A | Dividend | J | T | Buy (add'l) | 07/26/17 | J | | |
| 58. CIGNA | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 59. CINN FINCL | A | Dividend | J | T | | | | | |
| 60. CISCO SYSTEMS | A | Dividend | K | T | Buy (add'l) | 09/27/17 | J | | |
| 61. | | | | | Sold (part) | 08/24/17 | J | A | |
| 62. CIE GENERALE | A | Dividend | J | T | | | | | |
| 63. CITIGROUP | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 64. COCA COLA | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 65. COTY | A | Dividend | J | T | | | | | |
| 66. CME (Y) | | | | | | | | | |
| 67. COLGATE PALMOLIVE | A | Dividend | J | T | | | | | |
| 68. COLLIERS INTERNTL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  COMM BK AUS (Y) | | | | | | | | | |
| 70.  COMCAST | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 71. | | | | | Sold (part) | 08/24/17 | J | A | |
| 72.  CREDIT ACCEPTANCE CORP | | None | J | T | | | | | |
| 73.  CROWN HOLDINGS (Y) | | | | | | | | | |
| 74.  CVS HEALTH CORP | A | Dividend | J | T | Buy (add'l) | 08/29/17 | J | | |
| 75. | | | | | Sold (part) | 12/13/17 | J | | |
| 76.  CROWN CASTLE REIT | A | Dividend | J | T | Buy (add'l) | 08/21/17 | J | | |
| 77. | | | | | Sold (part) | 08/24/17 | J | A | |
| 78.  CYRUSONE | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 79.  DAIMLER A | | None | J | T | | | | | |
| 80.  DANAHER CORP | A | Dividend | J | T | | | | | |
| 81.  DELPHI AUTOMOTIVE | A | Dividend | J | T | | | | | |
| 82.  DEUTSCHE POST | A | Dividend | J | T | | | | | |
| 83.  DEUTSCHE TELE | A | Dividend | J | T | | | | | |
| 84.  DIAGEO PLC | A | Dividend | J | T | Sold (part) | 10/31/17 | J | A | |
| 85.  DOMINION ENERGY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DOW CHEMICAL (Y) | | | | | | | | | |
| 87. DIAMOND HILL INV | | None | J | T | | | | | |
| 88. DISNEY | A | Dividend | J | T | | | | | |
| 89. DISCOVER FINCL | A | Dividend | J | T | Sold (part) | 05/23/17 | J | A | |
| 90. DORMAN PRODUCTS | | None | J | T | Sold (part) | 08/24/17 | J | A | |
| 91. DREW INDUSTRIES (Y) | | | | | | | | | |
| 92. DUKE ENERGY | A | Dividend | J | T | Buy (add'l) | 12/13/17 | J | | |
| 93. DOWDUPONT | A | Dividend | J | T | | | | | |
| 94. DXC TECH | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 95. DYCOM INDS | | None | J | T | Buy | 11/08/17 | J | | |
| 96. EAGLE BANCORP | | None | | | Sold | 12/01/17 | J | B | |
| 97. EATON CORP | A | Dividend | J | T | | | | | |
| 98. ELI LILLY & CO | A | Dividend | J | T | | | | | |
| 99. EMERSON ELECTRIC | A | Dividend | J | T | | | | | |
| 100. ENBRIDGE INC (X) | A | Dividend | J | T | Sold (part) | 11/15/17 | J | A | |
| 101. ENERSYS | A | Dividend | J | T | Sold (part) | 09/14/17 | J | | |
| 102. EOG RESOURCES | A | Dividend | J | T | Sold (part) | 09/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. EXXON MOBIL | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 104. ENTERGY | A | Dividend | J | T | | | | | |
| 105. EXPONENT | A | Dividend | J | T | | | | | |
| 106. EPLUS | | None | J | T | Buy | 05/03/17 | J | | |
| 107. EQUIFAX (X) | A | Dividend | J | T | | | | | |
| 108. EXTRA SPACE STORAGE | A | Dividend | | | Sold | 10/25/17 | J | A | |
| 109. FASTENAL CO | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 110. FIDELITY NATL INFO SERVICES | A | Dividend | J | T | | | | | |
| 111. FISERV | | None | J | T | | | | | |
| 112. FOX FACTORY HLDG | | None | J | T | Buy | 02/16/17 | J | | |
| 113. GALLAGHER ARTHUR J & CO (Y) | | | | | | | | | |
| 114. GENERAL ELECTRIC | A | Dividend | J | T | Sold (part) | 05/30/17 | J | A | |
| 115. GENERAL MILLS | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 116. GENERAL MOTORS | A | Dividend | | | Sold | 11/07/17 | J | B | |
| 117. GENERAL DYNAMICS | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 118. GILEAD SCIENCES (Y) | | | | | | | | | |
| 119. GOLDMAN SACHS GROUP | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. GP STRATEGIES | | | None | | | Sold | 11/16/17 | J | | |
| 121. HALLIBURTON (Y) | | | | | | | | | | |
| 122. GLAXOSMITH KLINE | | A | Dividend | J | T | | | | | |
| 123. HASBRO | | A | Dividend | J | T | Sold (part) | 08/24/17 | J | B | |
| 124. HEICO CORP | | A | Dividend | J | T | | | | | |
| 125. HELEN OF TROY LTD | | | None | J | T | | | | | |
| 126. HOME BANCSHARES | | A | Dividend | J | T | | | | | |
| 127. HOME DEPOT | | A | Dividend | J | T | | | | | |
| 128. HONEYWELL INTL | | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 129. | | | | | | Sold (part) | 08/24/17 | J | A | |
| 130. HOOKER FURNITURE | | A | Dividend | J | T | Buy | 09/15/17 | J | | |
| 131. ILLINOIS TOOL WORKS | | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 132. INTEL CORP | | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 133. IMPERIAL BRANDS | | A | Dividend | J | T | | | | | |
| 134. IBM (Y) | | | | | | | | | | |
| 135. INGERSOLL RAND | | A | Dividend | J | T | Buy | 11/28/17 | J | | |
| 136. INSTALLED BUILDING PROD | | | None | J | T | Buy | 09/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRON MTN | A | Dividend | J | T | | | | | |
| 138. INSPERITY | A | Dividend | J | T | Buy (add'l) | 05/15/17 | J | | |
| 139. INTRPUBLIC GRP OF CO | A | Dividend | J | T | Buy | 09/27/17 | J | | |
| 140. J M SMUCKER | | None | | | Sold | 06/01/17 | J | A | |
| 141. JOHNSON & JOHNSON | A | Dividend | K | T | Buy (add'l) | 09/27/17 | J | | |
| 142. | | | | | Sold (part) | 08/24/17 | J | A | |
| 143. JOHNSON CONTROLS | A | Dividend | J | T | | | | | |
| 144. JPMORGAN CHASE | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 145. JPMORGAN CHASE SER MTN | A | Dividend | J | T | Sold (part) | 08/24/17 | J | B | |
| 146. JOHN BEAN TECH | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 147. KIMBERLY CLARK | A | Dividend | J | T | Sold (part) | 10/06/17 | J | A | |
| 148. KINDER MORGAN | A | Dividend | J | T | | | | | |
| 149. KLX | | None | J | T | | | | | |
| 150. LCI INDUSTRIES (X) | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 151. LEGACYTEXAS FINL | A | Dividend | J | T | Sold (part) | 10/19/17 | J | A | |
| 152. LITHIA MOTORS | A | Dividend | J | T | | | | | |
| 153. LOCKHEED MARTIN | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. LOWES | A | Dividend | J | T | | | | | |
| 155. LYONDELLBASELL IND | A | Dividend | J | T | | | | | |
| 156. MADISON SQUARE GARDEN | | None | J | T | | | | | |
| 157. MANHATTAN ASSOCS | | None | J | T | Sold (part) | 05/02/17 | J | A | |
| 158. MARSH & MCLENNAN | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 159. MAXIM INTEGRATED PRODUCTS | A | Dividend | J | T | | | | | |
| 160. MCCORMICK NON VTG | A | Dividend | J | T | | | | | |
| 161. MCDONALDS | A | Dividend | J | T | Sold (part) | 09/27/17 | J | A | |
| 162. MCKESSON | A | Dividend | J | T | | | | | |
| 163. MEDTRONIC | A | Dividend | J | T | Buy (add'l) | 11/01/17 | J | | |
| 164. | | | | | Sold (part) | 08/24/17 | J | A | |
| 165. MERCK & CO | A | Dividend | J | T | Sold (part) | 11/01/17 | J | A | |
| 166. METLIFE | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 167. | | | | | Sold (part) | 08/24/17 | J | A | |
| 168. MICROCHIP TECH | | None | | | Sold | 06/23/17 | J | A | |
| 169. MICROSOFT | A | Dividend | J | T | Sold (part) | 08/24/17 | J | B | |
| 170. MONSANTO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. MONDELEZ INTL | A | Dividend | J | T | | | | | |
| 172. MUNCHENER RUECK | A | Dividend | J | T | | | | | |
| 173. NASDAQ OMX GRP | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 174. NATIONAL GENERAL | A | Dividend | J | T | | | | | |
| 175. NATIONAL GRID | A | Dividend | J | T | | | | | |
| 176. NEENAH PAPER | A | Dividend | J | T | | | | | |
| 177. NEOGEN | | None | J | T | | | | | |
| 178. NESTLE | A | Dividend | J | T | | | | | |
| 179. NEWMARKET CORP | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 180. NEXTERA ENERGY | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 181. NEW FSV CORP | A | Dividend | J | T | | | | | |
| 182. NIELSEN HOLDINGS | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 183. NORFOLK SOUTHERN | A | Dividend | J | T | | | | | |
| 184. NORTHROP GRUMMAN | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 185. NOVARTIS | A | Dividend | J | T | | | | | |
| 186. NOVO NORDISK A S | A | Dividend | J | T | Sold (part) | 06/06/17 | J | A | |
| 187. OCCIDENTAL PETE | A | Dividend | J | T | Sold (part) | 08/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ON ASSIGNMENT INC | | None | J | T | | | | | |
| 189. OPEN TEXT CORP | A | Dividend | | | Sold | 09/14/17 | J | A | |
| 190. OSI SYSTEM | | None | J | T | Sold (part) | 12/27/17 | J | | |
| 191. ORKLA AS A | A | Dividend | J | T | | | | | |
| 192. OSI SYSTEM (X) | | None | | | Sold | 12/27/17 | J | | |
| 193. PEOPLES UNITED (Y) | | | | | | | | | |
| 194. PACKAGING CORP OF AM | A | Dividend | J | T | | | | | |
| 195. PAREXEL INTRNL | | None | | | Sold | 09/14/17 | J | B | |
| 196. PATRICK INDS | | None | J | T | Sold (part) | 08/24/17 | J | A | |
| 197. PAYCHEX | A | Dividend | J | T | | | | | |
| 198. PPL CORP | A | Dividend | J | T | | | | | |
| 199. PEMBINA PIPELINE | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 200. PEPSICO | A | Dividend | K | T | Buy (add'l) | 11/21/17 | J | | |
| 201. | | | | | Sold (part) | 08/24/17 | J | A | |
| 202. PFIZER | A | Dividend | K | T | Buy (add'l) | 09/27/17 | J | | |
| 203. | | | | | Sold (part) | 10/25/17 | J | A | |
| 204. PHILIPS 66 | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. PHILIP MORRIS INTL | A | Dividend | J | T | Buy (add'l) | 02/28/17 | J | | |
| 206. | | | | | Sold (part) | 08/24/17 | J | A | |
| 207. PNC FINCL SERVICES | A | Dividend | J | T | Sold (part) | 08/24/17 | J | B | |
| 208. PPG INDUSTRIES | A | Dividend | J | T | | | | | |
| 209. PRICE T ROWE GROUP | | None | | | Sold | 01/10/17 | J | | |
| 210. PRA GROUP | | None | J | T | Sold (part) | 08/24/17 | J | | |
| 211. PRAXAIR | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 212. PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 213. PRUDENTIAL FINCL (Y) | | | | | | | | | |
| 214. PUBLIC STORAGE | A | Dividend | J | T | | | | | |
| 215. QUALCOMM | A | Dividend | J | T | Sold (part) | 11/06/17 | J | | |
| 216. REALPAGE | | None | J | T | Buy | 06/19/17 | J | | |
| 217. REMAX HLDGS | A | Dividend | J | T | Buy | 08/07/17 | J | | |
| 218. REYNOLDS AMERICAN | A | Dividend | | | Sold | 07/25/17 | J | C | |
| 219. REGAL ENTMT GROUP | A | Dividend | | | Sold | 12/06/17 | J | A | |
| 220. RED ELECTRICA CORP | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 221. ROCHE HLDG (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  REALITY INCM CRP | A | Dividend | J | T | | | | | |
| 223.  REV GROUP | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 224.  RLI CORP ILLINOIS | A | Dividend | J | T | | | | | |
| 225.  RYOHIN KEIKAKU CO LTD (Y) | | | | | | | | | |
| 226.  ROCHE HLDG (X) | A | Dividend | J | T | | | | | |
| 227.  ROGERS COMM | A | Dividend | J | T | | | | | |
| 228.  ROYAL BANK CANADA | A | Dividend | J | T | | | | | |
| 229.  ROYAL DUTCH SHELL | A | Dividend | J | T | | | | | |
| 230.  SANOFI | A | Dividend | J | T | | | | | |
| 231.  SCHLUMBERGER LTD | A | Dividend | J | T | Buy (add'l) | 09/27/17 | J | | |
| 232.  SCOR | A | Dividend | J | T | | | | | |
| 233.  SEMPRA ENERGY | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 234.  SPECTRA ENERGY (Y) | | | | | | | | | |
| 235.  SIEMENS | A | Dividend | J | T | Sold (part) | 06/22/17 | J | A | |
| 236.  SKY | A | Dividend | | | Sold | 12/27/17 | J | A | |
| 237.  SOUTHERN (Y) | | | | | | | | | |
| 238.  SSE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. STARBUCKS | | None | | | Buy | 10/09/17 | J | | |
| 240. | | | | | Sold | 10/18/17 | J | | |
| 241. STATE STREET | A | Dividend | J | T | Buy (add'l) | 11/16/17 | J | | |
| 242. | | | | | Sold (part) | 09/07/17 | J | A | |
| 243. STATOIL ASA | A | Dividend | J | T | | | | | |
| 244. SVENSKA HANDELS BANKEN | A | Dividend | J | T | | | | | |
| 245. SWISSCOM | A | Dividend | J | T | | | | | |
| 246. TAIWAN S MANUFACTURING | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | |
| 247. TARGET CORP | A | Dividend | J | T | Buy (add'l) | 08/23/17 | J | | |
| 248. | | | | | Sold (part) | 08/24/17 | J | | |
| 249. TE CONNECIVIVITY | | None | | | Sold | 01/12/17 | J | A | |
| 250. TELSTRA | A | Dividend | | | Sold | 08/04/17 | J | | |
| 251. TELUS (X) | A | Dividend | J | T | Buy (add'l) | 10/31/17 | J | | |
| 252. TERNA | A | Dividend | J | T | | | | | |
| 253. TEXAS INSTRUMENTS | A | Dividend | J | T | Buy (add'l) | 10/30/17 | J | | |
| 254. | | | | | Sold (part) | 09/20/17 | J | B | |
| 255. THE MOSAIC CO | A | Dividend | | | Sold | 05/11/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 257. TIME WARNER | A | Dividend | | | Sold | 07/19/17 | J | A | |
| 258. TRAVELERS | A | Dividend | J | T | | | | | |
| 259. TYCO (Y) | | | | | | | | | |
| 260. TYLER TECHS | | None | J | T | | | | | |
| 261. TOTAL | A | Dividend | J | T | | | | | |
| 262. UNIBAIL RODAMCO | A | Dividend | J | T | | | | | |
| 263. UNILEVER PLC | A | Dividend | J | T | | | | | |
| 264. UNION PACIFIC | A | Dividend | J | T | Buy (add'l) | 08/24/17 | J | | |
| 265. | | | | | Sold (part) | 12/06/17 | J | A | |
| 266. UNITED TECHS CORP | A | Dividend | J | T | Buy (add'l) | 08/16/17 | J | | |
| 267. | | | | | Sold (part) | 08/24/17 | J | A | |
| 268. UNITEDHEALTH GROUP | A | Dividend | J | T | | | | | |
| 269. US BANCORP | A | Dividend | J | T | | | | | |
| 270. UNITED PARCEL SVC | A | Dividend | J | T | | | | | |
| 271. UNIVERSAL FOREST PRODS | A | Dividend | J | T | Buy | 09/27/17 | J | | |
| 272. VALERO ENERGY | A | Dividend | J | T | Buy | 09/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. VASCULAR SOLUTIONS | | None | | | Sold | 01/25/17 | J | A | |
| 274. VENTAS INC REIT | A | Dividend | J | T | | | | | |
| 275. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 276. VINCI (X) | A | Dividend | J | T | | | | | |
| 277. VODAFONE GRP | A | Dividend | J | T | | | | | |
| 278. VF CORP | A | Dividend | | | Sold | 07/18/17 | J | A | |
| 279. WASTE MGMT | A | Dividend | | | Sold | 09/29/17 | J | A | |
| 280. WAGEWORKS | | None | J | T | | | | | |
| 281. WEC ENERGY GRP | A | Dividend | J | T | Sold (part) | 12/04/17 | J | A | |
| 282. WELLSTOWER | A | Dividend | J | T | | | | | |
| 283. WELLS FARGO & CO | A | Dividend | K | T | Sold (part) | 08/24/17 | J | A | |
| 284. WESCO AIRCRAFT HOLDINGS | | None | | | Sold | 05/02/17 | J | | |
| 285. WESTPAC | A | Dividend | J | T | | | | | |
| 286. WEX | | None | J | T | | | | | |
| 287. WHIRLPOOL | A | Dividend | J | T | | | | | |
| 288. WILLIAMS COS | A | Dividend | J | T | Buy | 09/27/17 | J | | |
| 289. WORLD FUEL SERVICES (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  XCEL ENERGY | A | Dividend | J | T | Sold (part) | 11/16/17 | J | A | |
| 291.  GUGGENHEIM ENERGY & INCOME FUND | C | Dividend | L | T | | | | | |
| 292.  ISHARES CORE S&P US | A | Dividend | J | T | Buy | 07/20/17 | J | | |
| 293.  ISHARES CORE S&P | A | Dividend | J | T | Buy | 07/20/17 | J | | |
| 294.  VANGUARD FTSE DEVELOPED | A | Dividend | J | T | Buy | 07/20/17 | J | | |
| 295. | | | | | | | | | |
| 296. | | | | | | | | | |
| 297. | | | | | | | | | |
| 298. | | | | | | | | | |
| 299. | | | | | | | | | |
| 300. | | | | | | | | | |
| 301. | | | | | | | | | |
| 302. | | | | | | | | | |
| 303. | | | | | | | | | |
| 304. | | | | | | | | | |
| 305. | | | | | | | | | |
| 306. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 10/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PETRESE B. TUCKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544